UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUZANNE GRIFFIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 14-30147-MGM |
| v. | * | |
| | * | |
| RICHARD COHEN, MAYOR OF THE TOWN OF AGAWAM, et al. | * | |
| | * | |
| | * | |
| Defendants, | * | |

MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION
REGARDING DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)
(Dkt. Nos. 13, 28)

June 22, 2015

MASTROIANNI, U.S.D.J.

Magistrate Judge Katherine A. Robertson has recommended the court dismiss Plaintiff's amended complaint with prejudice pursuant to 28 U.S.C. § 1915(e)(2) for failing to cure the deficiencies in her initial complaint. (Dkt. No. 13.) The Recommendation notified Plaintiff that, if she had an objection, it would have to be filed within fourteen days. No objection has been filed.

Based upon the thorough analysis presented in the Report and Recommendation, and noting there are no objections, the court, upon de novo review, hereby ADOPTS the Report and Recommendation. (Dkt. No. 13.) Based upon this, the complaint is hereby DISMISSED with prejudice and this case may now be closed.

It is So Ordered.

    /s/ Mark G. Mastroianni
MARK G. MASTROIANNI

United States District Judge